UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

<u>Lwo Hsieh and Phebe Hsieh</u>
<u>Parents and Guardians of Katherine Hsieh</u>

   v.                          Civil No. 11-cv-351-LM

<u>Richard MacDonald</u>

### ORDER PROHBITING REMOTE ELECTRONIC ACCESS

Exhibit 1 and Exhibit 2 of the Complaint in the above-captioned case contain one or more personal identifiers listed in Fed. R. Civ. P. 5.2(a).  Making this information available over the internet may result in personal or financial harm to the person whose personal information is contained in Exhibits 1 and 2 of the Complaint.  Therefore, because good cause exists to prohibit a nonparty from obtaining remote electronic access to Exhibits 1 and 2 of the Complaint, the clerk shall limit remote access accordingly pursuant to Fed. R. Civ. P. 5.2(e)(2).

SO ORDERED.

_____
Landya McCafferty
United States Magistrate Judge

July 22, 2011

cc:   John F. Driscoll, Esq.
       Michael P. Lehmann, Esq.
       Nicole J. Schultz-Price, Esq.