UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Lwo Hsieh and Phebe Hsieh
Parents and Guardians of
Katherine Hsieh

   v.                          Civil No. 11-cv-351-JD

Richard MacDonald, et al.


O R D E R

    Attorney Michelle M. Arruda recently joined the law firm of Devine Millimet & Branch, P.A.  She is a co-trustee of, and will continue to perform legal services for, several of my wife's family trusts.  Therefore, the Clerk shall assign this case to another judge.

    SO ORDERED.

                                            Joseph A. DiClerico, Jr.
                                            United States District Judge

September 28, 2011

cc:  John F. Driscoll, Esquire
     Mark V. Franco, Esquire
     Michael P. Lehman, Esquire
     Thomas B.S. Quarles, Jr., Esquire
     Nicole J. Schultz-Price, Esquire